936 P.2d 1269

STATE of Arizona, Appellee,

v.

Robert OSORIO, Appellant.

No. CR–96–0525–PR.

Supreme Court of Arizona.

April 18, 1997.

### ORDER

After hearing oral argument and considering further the pleadings filed, it appears to the Court that the grant of review in this case was improvident. Therefore,

IT IS ORDERED that the order granting review is vacated.

IT IS FURTHER ORDERED that the Petition for Review is dismissed.